**Opinion issued January 24, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00548-CV

————————————

**OLDACRE MCDONALD, LLC AND MARK MCDONALD, QUATTRO DEVELOPMENT, LLC AND MICHAEL LIYEOS, AND MADISON DEVELOPMENT GROUP, LLC, Appellants**

**V.**

**MATTRESS FIRM, INC., Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-73196**

---

## MEMORANDUM ORDER

Appellants, Oldacre McDonald, LLC and Mark McDonald, have filed an unopposed motion to dismiss their appeal. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1). These appellants contend that the appellee no longer wishes

to pursue its claims against them and the parties will be filing a joint motion to dismiss with prejudice in the trial court and, thus, they move to dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1). Three other appellants have filed two separate notices of appeal, but are not moving to dismiss, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant appellants Oldacre McDonald, LLC and Mark McDonald's motion and dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). The appeals by Quattro Development, LLC and Michael Liyeos, and Madison Development Group, LLC, remain pending. *See* TEX. R. APP. P. 42.1(b).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.